PROB 12A
(Rev. 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Albert Young</u>      Case Number: <u>3:09-00190-01</u>

Name of Sentencing Judicial Officer: <u>Honorable William H. Steele, U.S. District Judge, Southern District of Alabama; reassigned to Todd J. Campbell, U.S. District Judge, Middle District of Tennessee</u>

Date of Original Sentence: <u>March 20, 2008</u>

Date of Revocation Sentence: <u>March 12, 2015</u>

Original Offense: <u>Possession of Counterfeit Financial Instrument, 18 U.S.C. § 514(a)(2)</u>

Original Sentence: <u>Six months, time served; followed by 5 years' supervised release</u>

Revocation Sentence: <u>3 months' custody followed by 48 months' supervised release</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>March 20, 2008</u>

    Date Supervision Recommenced: <u>April 29, 2015</u>

Assistant U.S. Attorney: <u>Byron Jones</u>     Defense Attorney: <u>Sumpter Camp</u>

---

The Court orders:

- [x] No Action Necessary at this Time
- [ ] Submit a Request for Modifying the Condition or Term of Supervision
- [ ] Submit a Request for Warrant or Summons
- [ ] Other

Considered this __24__ day of __July__, 2015, and made a part of the records in the above case.

_____
Todd J. Campbell
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

_____
Lisa L. House
U.S. Probation Officer

Place     Clarksville, TN

Date     July 21, 2015

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |

1. **The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance except as prescribed by a physician.**

   Albert Young tested positive for cocaine on June 12, 2015. Albert Young also failed to appear for a drug screen on June 14, 2015.

2. **The defendant shall pay $9,233 restitution in monthly installments of $100.**

   Albert Young has not submitted any payments toward restitution since recommencing supervision on April 29, 2015. His current balance is $8,223.

**Compliance with Supervision Conditions and Prior Interventions:**

Albert Young was sentenced in the Southern District of Alabama on March 20, 2008, to six months' custody, time served, followed by five years' supervised release. Supervision was accepted in the Middle District of Tennessee on March 31, 2008, as Mr. Young was residing in Clarksville, Tennessee, with his mother.

A violation petition was submitted to the Court dated September 21, 2009, reporting that Mr. Young left the district without permission, failed to pay $9,233 restitution, failed to report to the probation officer as directed, was arrested for new criminal conduct, failed to report law enforcement contact within the required 72-hour period, and failed to notify the probation officer 10 days prior to any change in residence or employment. The Court issued a warrant for Mr. Young's arrest on October 13, 2009.

Mr. Young was arrested on the violation of the conditions of supervised release warrant on February 3, 2015. He appeared in Court for a revocation hearing on March 12, 2015, and was sentenced to 3 months' custody to be followed by 48 months' supervised release. Following completion of the 3-month custody sentence, he began the 48-month term of supervised release on April 29, 2015.

Mr. Young is currently employed by Extreme Cleaning, and his income varies. He also reports changing oil on vehicles. Mr. Young has been instructed to submit payments of $100 per month toward restitution as ordered by the Court. He has not submitted any payments toward restitution since recommencing supervision on April 29, 2015.

Mr. Young admitted to using cocaine following the positive urine screen collected on June 12, 2015. He was verbally admonished for his use of a controlled substance. Mr. Young will be referred for a substance abuse assessment and any recommended treatment. Random urine screens will continue.

**U.S. Probation Officer Recommendation:**

The U.S. Probation Office is not requesting that any action be taken at this time. As previously indicated, Mr. Young is being referred for a substance abuse assessment to be followed by any recommended treatment. Random urine testing will continue. Should he fail to submit to treatment as directed or if there are any additional violations, a separate petition will be prepared with a request for revocation proceedings to be initiated.

The U.S. Attorney's Office has been notified regarding this mater.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer